MILLER v. ZEIGLER et al. (Circuit Court of Appeals, Third Circuit. March 9; 1908.) No. 10. Petition for Revision of Decree of the District Court of the United States for the Middle District of Pennsylvania. Wm. Hersh and Edward A. Weaver, for petitioner. W. C. Sheely and John D. Keith, for respondents.

PER CURIAM. This case has been brought here by petition for revision, and the counsel for the petitioner have been fully heard thereon; but it is not confined to "matter of law." It really presents complicated questions of fact, and for this reason cannot be entertained. Nothing is now decided with respect to any appeal which has been or may be taken; but it is clear that the present petition cannot be sustained, and therefore it is dismissed without prejudice.

---

MORRIS v. DUNBAR. (Circuit Court of Appeals, Third Circuit. March 26, 1908.) No. 41. In Error to the Circuit Court of the United States for the Western District of Pennsylvania. L. C. Barton, for plaintiff in error. A. S. Moorehead, for defendant in error.

PER CURIAM. Writ of error withdrawn, on motion of plaintiff in error. See 149 Fed. 406, 79 C. C. A. 226.

---

ROMINE v. JOHN G. MILLER & CO. (Circuit Court of Appeals, Eighth Circuit. January 10, 1908.) No. 2,534. Appeal from the District Court of the United States for the District of Nebraska. Allen G. Fisher, for appellant. Howard H. Baldridge, William A. De Bord, and Joseph B. Fradenburg, for appellee.

PER CURIAM. Affirmed, with costs, on authority of Kuntz v. Young, Trustee, 131 Fed. 719, 65 C. C. A. 477.

---

SCHAUBEL v. BACHE et al. (Circuit Court of Appeals, Third Circuit. March 16, 1908.) No. 31. Appeal from the Circuit Court of the United States for the District of New Jersey. Frank H. Bradner, for appellant. Conovers English, for appellees.

PER CURIAM. Stipulation of counsel to dismiss appeal, without costs. See 154 Fed. 859.